**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benjamin C. Esty, et al., | No. CV 05-1376-PHX-MHM |
| Plaintiffs, | **ORDER** |
| vs. | |
| National Voluntary Health Facilities II, Inc., | |
| Defendant. | |

Currently before the Court is Defendants' motion for a more definite statement, pursuant to FED R. CIV. Pro. 12(e). (Dkt. #23). Having reviewed the motion, the court issues the following order.

I. **Legal Standard**

A complaint must provide a "short and plain statement of the claim showing that the pleader is entitled to relief." FED. R. CIV. P. 8(a)(2). Rules 8(a) and 8(e)(1), taken together, "underscore the emphasis placed on clarity and brevity by the federal pleading rules" and it is largely within the trial courts' discretion to enforce these rules. Ciralsky v. Cent. Intelligence Agency, 355 F.3d 661, 669 (D.C. Cir. 2004) (internal citations omitted). The complaint must be sufficient to put the opposing party on notice of the claim. Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004)(internal citation omitted). If the pleading "is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading," the answering party may move for a more definite statement. FED. R. CIV. P. 12(e).

**III.     Discussion**

Plaintiffs' First Amended Complaint contains an "Introduction" and "Summary of the Action" section comprising four unnumbered paragraphs. Defendant argues these paragraphs contain multiple averments that do not comply with FED. R. CIV. PRO. Rule 10(b). Plaintiffs concede these paragraphs are redundant and deficient under Rule 10(b). While a Rule 12(e) motion for a more definite statement is appropriate where the complaint is vague and ambiguous, it also may be used to raise objections regarding non-compliance with Rule 10(b). See Jenn-Air Products Co. v. Penn Ventilator, Inc., 283 F. Supp. 591, 595 (E.D. Pa.1968). As Plaintiffs readily admit their "Introduction" and "Summary of the Action" paragraphs do not comply with Rule 10(b), the Court will grant the motion for a more definite statement.

**Accordingly,**

**IT IS HEREBY ORDERED** Defendants' motion for a more definite statement, pursuant to FED R. CIV. P. 12(e) is GRANTED. (Dkt. #23).

**IT IS FURTHER ORDERED** Plaintiffs shall have 20 days from the date of this order to file an amended complaint complying with this order.

DATED this 22nd day of September, 2005.

_____
Mary H. Murgula
United States District Judge

- 2 -